LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
LAW OFFICES OF LYNN HUBBARD, III
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

PHILLIP BONOTTO SBN 109257
RUSHFORD & BONOTTO
2277 Fair Oaks Boulevard, Suite 495
Sacramento, CA 95825
Telephone: (916) 565-0590
Facsimile: (916) 565-0599

Attorneys for Defendant
Hollywood Entertainment Corp.

CATHERINE CORFEE SBN 155064
CORFEE STONE & ASSOCIATES
5441 Fair Oaks Boulevard, Suite B-1
Carmichael, CA 95608
Telephone: (916) 487-5441
Facsimile: (916) 487-5440

Attorneys for Defendant
R.E.B. Enterprises V, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>v.<br><br>HOLLYWOOD ENTERTAINMENT CORPORATION dba HOLLYWOOD VIDEO #005-649; MANN BROS. CORPORATION dba MOUNTAIN MIKE'S PIZZA; R.E.B. ENTERPRISES V, LLC; and DOES 1 through 10,<br><br>    Defendants.<br>_____/ | Case No. CIV. S 04-1336 WBS CMK<br><br>**REQUEST FOR DISMISSAL AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES

1 SANFORD, and defendants, HOLLYWOOD ENTERTAINMENT CORPORATION dba
2 HOLLYWOOD VIDEO #005-649, MANN BROS. CORPORATION dba MOUNTAIN MIKE'S
3 PIZZA and R.E.B. ENTERPRISES V, LLC, the parties hereby request that all parties be
4 dismissed with prejudice from the above-entitled action.

Dated: August 15, 2005              LAW OFFICES OF LYNN HUBBARD, III

/s/ Scottlynn J Hubbard, IV
SCOTTLYNN J HUBBARD, IV
Attorneys for Plaintiff

Dated: August 15, 2005              RUSHFORD & BONOTTO

*Signature on file*
Phillip Bonotto
Attorneys for Defendant Hollywood
Entertainment Corporation dba
Hollywood Video #005-649

Dated: August 15, 2005              CORFEE STONE & ASSOCIATES

*Signature on file*
Catherine Corfee
Attorneys for Defendant R.E.B. Enterprises V, LLC

**ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1336 WBS CMK, is hereby dismissed with prejudice.

Dated: August 16, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE